IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| James C. Kroger, | ) | C/A No.: 1:11-3152-DCN-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Newberry County Sheriff's Department, | ) ) ) | |
| Defendant. | ) ) | |

This action was filed by Plaintiff in the Newberry County, South Carolina, Court of Common Pleas on September 26, 2011, and was removed to this court by Defendant on November 17, 2011. Pursuant to the scheduling order entered by the court, discovery was to be completed (not just requested) by January 19, 2012, with dispositive motions, if any, to be filed by no later than February 28, 2012. [Entry #5]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 7, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge